UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                           **CASE NUMBER: 8:10-cr-542-T-17AEP**

**JOHN CHRISTOPHER, JR.**
_____/

## AMENDED CONTINUATION OF SUPERVISED RELEASE ORDER AND JUDGMENT AND COMMITMENT

On the 18th day of March, 2016, came the Assistant United States Attorney and the defendant John Christopher, Jr., appeared in person with retained counsel Jonathan Comnes.

It appearing to the Court that the above named defendant, having heretofore been convicted on July 27, 2012, of the offense charged in the Indictment filed herein, received a sentence imposing incarceration followed by a four year term of supervised release. The term of supervised release began on July 15, 2015.

It further appearing to the Court that the above named defendant since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Judgment and Commitment previously entered herein.

And it further appearing that the Court finds, after hearing from the Probation Officer and the above named defendant, that the defendant has violated terms of the Judgment and Commitment previously entered herein and revokes the defendant's term of supervised release.[1]

---

[1] The Continuation of Supervised Release Order entered on 3/21/2016 at Dkt. 68 did not reflect the Court's order revoking the defendant's term of supervised release as stated in open court during the 3/18/16 revocation hearing. The order is amended to include the revocation language.

It is further **ORDERED AND ADJUDGED** that the above named defendant is hereby **CONTINUED** on the previously imposed term of **SUPERVISED RELEASE** and all previously imposed special conditions of supervision remain in effect.

**ADDITIONAL SPECIAL CONDITIONS**:

1) The defendant is placed on curfew from 8:00 PM until 6:00 AM for 90 days.

2) The defendant shall submit to a search of his person, residence, place of business, any storage units under his/her control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant shall inform any other residents that the premises may be subject to search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

3) Defendant shall participate in a substance abuse treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of a drug or alcohol dependency treatment program the defendant is directed to submit to testing to random drug testing.

It is further ORDERED that the Clerk deliver a certified copy of this Order and Judgment Commitment to the United States Marshal or other qualified officer.

DONE AND ORDERED, at Tampa, Florida this 30th day of September, 2016

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE